SUNSHINE BEAUTY SHOPPE, INC., Respondent, v. CONSTANCE GIGLIOTTI et al., Doing Business under the Name of SUNRISE BEAUTY SHOPPE, Appellants.— Judgment affirmed, with costs. All concur. (The judgment restrains defend-

ants from using the trade name of "Sunrise Beauty Shoppe.") Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.